NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WEATHERFORD U.S., L.P.,**

*Appellant*

**v.**

**HALLIBURTON ENERGY SERVICES, INC.,**

*Cross-Appellant*

---

2026-1270, 26-1438

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2024-00990.

---

## **O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.


FOR THE COURT

2 WEATHERFORD U.S., L.P. V. HALLIBURTON ENERGY SERVICES, INC.

July 20, 2026
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** July 20, 2026